**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: Case No. _____

**ORTIZ REYES, BETZAIDA** Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **9/06/2006**  ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **60** = $ **15,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **15,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **15,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL** Cr. _____ Cr. _____
# **8938671501341** # _____ # _____
$ **3,918.00** $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**POPULAR AUTO    DORAL FINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,654.00**

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**Debtor consents to the lift of stay in favor of Popular Auto paid by Gerald Ramos.**
***Or as otherwise specified on proof of claim.**
**Late filed claims filed by creditors will receive no distribution.**
**"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.**
**Debtor reserves the right to object claims after plan confirmation.**

Signed: **/s/ BETZAIDA ORTIZ REYES**
Debtor

_____
Joint Debtor

Attorney for Debtor **/S/R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW**   Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only